**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ronald Murrell, et al.
                                     Plaintiff,

v.                                                                    Case No.: 1:19−cv−03238
                                                                          Honorable Sheila M. Finnegan

Mufflers 4 Less III, Inc.,, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 24, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held (by telephone) on 11/24/2021. As to the Parties' Joint Motion for Entry of Stipulation Tolling Absent Class Members' Statutes of Limitation [89], the motion is granted and the parties are to now file the stipulation. As to the Parties' Joint Motion for Court Approval of FLSA Settlement [88], the motion is entered and continued to 12/3/2021 at 10:45 a.m. to allow the parties time to confer on issues raised by the Court and possibly filed amended documents. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.