### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ronald Murrell, et al.

                                    Plaintiff,

v.                                                                                Case No.: 1:19–cv–03238
                                                                                       Honorable Sheila M. Finnegan

Mufflers 4 Less III, Inc.,, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 3, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held on 12/3/2021. For reasons stated on the record, Parties' Revised Joint Motion for Court Approval of FLSA Settlement [93] is granted. The Court finds the settlement terms are fair and reasonable. The Parties' Joint Motion for Court Approval of FLSA Settlement [88] is withdrawn. The parties' joint oral motion to dismiss is granted. This action is dismissed without prejudice as to all claims asserted in this action with leave to reinstate on or before 2/12/2022 solely for the purpose of enforcing the settlement agreement. The parties are ordered to comply with the settlement agreement, and the Court shall retain jurisdiction to enforce that agreement until 2/12/2022. In the event a motion to reinstate is not filed on or before that date, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.